**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:08-BK-10223 |
| | § | |
| PETRO VENTURES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Richard D. Nelson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $791,280.40 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $130,975.25 | | |

3)        Total gross receipts of $922,255.65  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $922,255.65 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $176,086.58 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $130,975.25 | $130,975.25 | $130,975.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,972,386.13 | $4,251,893.89 | $2,855,355.77 | $791,280.40 |
| General Unsecured Claims (from **Exhibit 7**) | $12,830,445.70 | $21,771,160.14 | $7,542,048.19 | $0.00 |
| **Total Disbursements** | $14,978,918.41 | $26,154,029.28 | $10,528,379.21 | $922,255.65 |

4). This case was originally filed under chapter 11 on 01/18/2008. The case was converted to one under Chapter 7 on 12/28/2012. The case was pending for 102 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2021          By:   /s/ Richard D. Nelson
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| The Huntington National Bank - undisclosed bank account | 1229-000 | $854,502.86 |
| Funds from Converted Chapter 11 | 1290-010 | $67,752.79 |
| **TOTAL GROSS RECEIPTS** | | $922,255.65 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Hardin County Treasurer | 4700-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | Wells Fargo Bank, N.A. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | Wells Fargo Bank, N.A. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | The Community National Bank | 4110-000 | $176,086.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $176,086.58 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard D. Nelson, Trustee | 2100-000 | NA | $49,362.78 | $49,362.78 | $49,362.78 |
| Richard D. Nelson, Trustee | 2200-000 | NA | $501.60 | $501.60 | $501.60 |
| Insurance Partners | 2300-000 | NA | $2,794.19 | $2,794.19 | $2,794.19 |
| Independent Bank | 2600-000 | NA | $4,949.18 | $4,949.18 | $4,949.18 |
| Integrity Bank | 2600-000 | NA | $73,367.50 | $73,367.50 | $73,367.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $130,975.25 | $130,975.25 | $130,975.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-5 | Kentucky Department of Revenue | 5800-000 | $438,271.77 | $433,641.27 | $433,641.27 | $120,433.79 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Warren County Treasurer | 5800-000 | $0.00 | $349.52 | $0.00 | $0.00 |
| 4 | Warren County Treasurer | 5800-000 | $0.00 | $1,182.90 | $1,182.90 | $0.00 |
| 5 | Attorney General of the State of Ohio | 5800-000 | $1,534,114.36 | $2,152,882.30 | $2,152,882.30 | $597,913.01 |
| 17 | Attorney General of the State of Ohio | 5800-000 | $0.00 | $6,856.50 | $6,856.50 | $1,904.23 |
| 19-2 | Attorney General of the State of Ohio | 5800-000 | $0.00 | $217,416.29 | $217,416.29 | $60,382.32 |
| 22 | Minority Shareholders of CFM 29063, Inc. | 5200-000 | $0.00 | $91,034.00 | $0.00 | $0.00 |
| 23 | Paul Gabis | 5200-000 | $0.00 | $91,034.00 | $0.00 | $0.00 |
| 24 | Matthew Gabis | 5200-000 | $0.00 | $91,034.00 | $0.00 | $0.00 |
| 25 | Minority Shareholders of CFM 29604, Inc. | 5200-000 | $0.00 | $97,985.00 | $0.00 | $0.00 |
| 26 | Gary Zies and Susan Zies | 5200-000 | $0.00 | $97,985.00 | $0.00 | $0.00 |
| 27 | Mikbob Investments, LLC | 5200-000 | $0.00 | $8,644.19 | $0.00 | $0.00 |
| 31 | Ruth Vogt | 5200-000 | $0.00 | $300,000.00 | $0.00 | $0.00 |
| 32 | Gary Tallon | 5200-000 | $0.00 | $300,000.00 | $0.00 | $0.00 |
| 33 | Minority Shareholders of CFM 29022 Inc | 5200-000 | $0.00 | $300,000.00 | $0.00 | $0.00 |
| 36 | Ernest Keith Fugate | 5400-000 | $0.00 | $10,000.00 | $0.00 | $0.00 |
| 37 | Hamilton County Treasurer | 5800-000 | $0.00 | $8,970.25 | $840.39 | $0.00 |
| 39 | Regional Income Tax Agency | 5800-000 | $0.00 | $395.87 | $395.87 | $109.94 |
| 49 | Attorney General of the State of Ohio | 5800-000 | $0.00 | $35,649.99 | $35,782.99 | $9,937.89 |
| 56 | Chris Peeples | 5800-000 | $0.00 | $3,724.11 | $3,724.11 | $0.00 |
| 57 | Montgomery County Treasurer | 5800-000 | $0.00 | $59.87 | $59.87 | $16.63 |
| 58 | Montgomery County Treasurer | 5800-000 | $0.00 | $523.77 | $523.77 | $145.46 |
| 60 | Warren County Treasurer | 5800-000 | $0.00 | $475.55 | $0.00 | $0.00 |
| 64 | Warren County Treasurer | 5800-000 | $0.00 | $475.55 | $475.55 | $0.00 |
| 66 | The City of Crescent Springs, Kentucky | 5800-000 | $0.00 | $191.84 | $191.84 | $53.28 |
| 67 | Stephen A. Neal, Jr. | 5800-000 | $0.00 | $1,382.12 | $1,382.12 | $383.85 |
| | City of Newport News | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kentucky State Treasurer | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kentucky State Treasurer | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | The Treasurer of Hamilton Co | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Treasurer State of Ohio | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Treasurer State of Ohio | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,972,386.13 | $4,251,893.89 | $2,855,355.77 | $791,280.40 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-5a | Kentucky Department of Revenue | 7100-000 | $0.00 | $335,456.74 | $335,456.74 | $0.00 |
| 2 | Office of the Kenton County Sheriff | 7100-000 | $0.00 | $6,684.53 | $0.00 | $0.00 |
| 6 | Greene County Treasurer | 7100-000 | $0.00 | $542.65 | $542.65 | $0.00 |
| 7 | Marketplace Express LLC | 7100-000 | $0.00 | $45,102.99 | $45,102.99 | $0.00 |
| 8 | Coca Cola Enterprises | 7100-000 | $0.00 | $521,954.48 | $25,444.43 | $0.00 |
| 9 | Beoddy Oil Co | 7100-000 | $0.00 | $12,026.11 | $12,026.11 | $0.00 |
| 10 | Lewis Transport, Inc. | 7100-000 | $304,625.71 | $295,475.01 | $295,475.01 | $0.00 |
| 11 | Dayton Power & Light Co. | 7100-000 | $0.00 | $1,119.05 | $1,119.05 | $0.00 |
| 12 | McKee Foods corporation | 7100-000 | $0.00 | $1,334.71 | $1,334.71 | $0.00 |
| 13 | Lykins Oil Company | 7100-000 | $0.00 | $40,303.92 | $0.00 | $0.00 |
| 14 | Lykins Transportation, Inc. | 7100-000 | $28,734.95 | $20,808.37 | $20,808.37 | $0.00 |
| 15 | Reliable Construction Services | 7100-000 | $0.00 | $10,532.25 | $0.00 | $0.00 |
| 15-2 | Reliable Construction Services | 7100-000 | $0.00 | $2,490.55 | $2,490.55 | $0.00 |
| 18 | Core Mark Midcontinent Inc | 7100-000 | $0.00 | $4,876,501.28 | $439,184.44 | $0.00 |
| 19-2a | Attorney General of the State of Ohio | 7100-000 | $0.00 | $68,739.36 | $68,739.36 | $0.00 |
| 20 | Integrated Payment Systems Inc dba Western Union | 7100-000 | $0.00 | $906,351.00 | $0.00 | $0.00 |
| 21 | Ohio Dept of Commerce, Div. Fire Marshall, Bur. Underground Storage Tanks | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22a | Minority Shareholders of CFM 29063, Inc. | 7100-000 | $0.00 | $198,989.00 | $0.00 | $0.00 |
| 23a | Paul Gabis | 7100-000 | $0.00 | $198,989.00 | $0.00 | $0.00 |
| 24a | Matthew Gabis | 7100-000 | $0.00 | $198,989.00 | $0.00 | $0.00 |
| 25a | Minority Shareholders of CFM 29604, Inc. | 7100-000 | $0.00 | $290,329.00 | $0.00 | $0.00 |
| 26a | Gary Zies and Susan Zies | 7100-000 | $0.00 | $290,331.00 | $0.00 | $0.00 |
| 27a | Mikbob Investments, LLC | 7100-000 | $0.00 | $60,000.00 | $8,643.19 | $0.00 |
| 28 | Shri Jay Gayatri LLC dba Maysville Food Mart | 7100-000 | $0.00 | $26,939.39 | $26,939.39 | $0.00 |

| 29 | The HillStreet Fund III, L.P. | 7100-000 | $5,500,000.00 | $9,380,639.62 | $3,231,221.00 | $0.00 |
|---|---|---|---|---|---|---|
| 35 | Triumph Energy Corp. | 7100-000 | $12,062.63 | $20,614.47 | $20,614.47 | $0.00 |
| 36a | Ernest Keith Fugate | 7100-000 | $0.00 | $5,000.00 | $15,000.00 | $0.00 |
| 38 | Kenan Transport LLC | 7100-000 | $11,966.63 | $12,337.67 | $12,337.67 | $0.00 |
| 40 | Thomas Harris | 7100-000 | $0.00 | $92.00 | $0.00 | $0.00 |
| 41 | Nixon Glass & Glazing | 7100-000 | $0.00 | $600.00 | $600.00 | $0.00 |
| 42-2 | Dittman-Adams Company | 7100-000 | $0.00 | $55,094.04 | $560.02 | $0.00 |
| 43 | J & S Distributors, LLC | 7100-000 | $0.00 | $12,792.15 | $12,792.15 | $0.00 |
| 44 | Duke Energy Kentucky | 7100-000 | $0.00 | $2,729.25 | $2,729.25 | $0.00 |
| 45 | Duke Energy Ohio | 7100-000 | $0.00 | $22,993.09 | $22,993.09 | $0.00 |
| 46 | Sanitation District No. 1 | 7100-000 | $0.00 | $234.41 | $234.41 | $0.00 |
| 47 | United Telephone Company of Ohio | 7100-000 | $0.00 | $327.86 | $0.00 | $0.00 |
| 48 | Lamar Advertising Company | 7100-000 | $0.00 | $4,700.00 | $4,700.00 | $0.00 |
| 49a | Attorney General of the State of Ohio | 7100-000 | $0.00 | $133.00 | $0.00 | $0.00 |
| 50 | The Hudson Tea Co. LLC | 7100-000 | $0.00 | $1,953.70 | $0.00 | $0.00 |
| 51 | The Hudson Tea Co. LLC | 7100-000 | $0.00 | $1,953.70 | $0.00 | $0.00 |
| 52 | Community National Bank | 7100-000 | $0.00 | $180,378.43 | $180,378.43 | $0.00 |
| 53 | Federal Insurance Company | 7100-000 | $0.00 | $817,500.00 | $0.00 | $0.00 |
| 54 | Links Snacks | 7100-000 | $0.00 | $32,000.00 | $0.00 | $0.00 |
| 55-2 | Equilon Enterprises LLC dba Shell Oil Products US | 7100-000 | $591,865.49 | $2,752,307.35 | $2,752,307.35 | $0.00 |
| 59 | City of Cincinnati | 7100-000 | $0.00 | $524.05 | $0.00 | $0.00 |
| 61 | McKee Foods corporation | 7100-000 | $0.00 | $1,334.71 | $0.00 | $0.00 |
| 62 | Reliable Construction Services | 7100-000 | $4,477.00 | $26,061.80 | $0.00 | $0.00 |
| 63 | Reliable Construction Services | 7100-000 | $0.00 | $26,061.80 | $0.00 | $0.00 |
| 65 | Specialty Roll Products, Inc. | 7200-000 | $0.00 | $534.29 | $0.00 | $0.00 |
| 65-2 | Specialty Roll Products, Inc. | 7200-000 | $0.00 | $811.27 | $811.27 | $0.00 |
| 68 | Domestic Linen Supply Co., Inc. | 7200-000 | $0.00 | $1,462.09 | $1,462.09 | $0.00 |
|  | A & S Electric Supply | 7100-000 | $250.96 | $0.00 | $0.00 | $0.00 |
|  | Dayton Precision Testing LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| DTN Corporation | 7100-000 | $263.78 | $0.00 | $0.00 | $0.00 |
| Exxonmobil Oil Corporation | 7100-000 | $421,450.70 | $0.00 | $0.00 | $0.00 |
| Grainger | 7100-000 | $58.33 | $0.00 | $0.00 | $0.00 |
| Marathon Oil Company | 7100-000 | $126,392.56 | $0.00 | $0.00 | $0.00 |
| Marathon Oil Company | 7100-000 | $126,392.56 | $0.00 | $0.00 | $0.00 |
| P & R Communications Serv Inc | 7100-000 | $107.00 | $0.00 | $0.00 | $0.00 |
| Period End Delivered Gas | 7100-000 | $5,667,897.82 | $0.00 | $0.00 | $0.00 |
| Petro Oil Equipment | 7100-000 | $371.00 | $0.00 | $0.00 | $0.00 |
| Regional Air Pollution Control | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Td Petroleum Inc. | 7100-000 | $20,361.35 | $0.00 | $0.00 | $0.00 |
| Tri-State Service Station Maint. | 7100-000 | $279.01 | $0.00 | $0.00 | $0.00 |
| Triumph Energy Corp. | 7100-000 | $12,062.63 | $0.00 | $0.00 | $0.00 |
| USTIS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| W C Storey & Son Inc. | 7100-000 | $825.59 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $12,830,445.70 | $21,771,160.14 | $7,542,048.19 | $0.00 |

Page No:    1

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No.: | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| For the Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| §341(a) Meeting Date: | 02/15/2013 |
| Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Funds from Converted Chapter 11 (u) | $67,752.79 | $67,752.79 | | $67,752.79 | FA |
| 2 | The Huntington National Bank - undisclosed bank account (u) | $854,502.86 | $854,502.86 | | $854,502.86 | FA |

| | |
|---|---|
| **Asset Notes:** | per Agreed Judgment Entry Resolving Adversary Proceeding (#13-01131, Doc. 7), Defendant The Huntington National Bank was to turn over the balance of $854,458.85 plus interest |

**TOTALS (Excluding unknown value)**

<u>Gross Value of Remaining Assets</u>

| | | | |
|---|---|---|---|
| $922,255.65 | $922,255.65 | $922,255.65 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/15/2021 | trustee filed Second Amended Report of Distribution (Doc. 460; Doc. 462) |
| 04/14/2021 | trustee filed Amended Report of Distribution (Doc. 460; Doc. 461) |
| 04/09/2021 | checks #3011 (POC #4), #3015 (POC #37), #3018 (POC #56) and #3021 (POC #64) were voided as creditors/ claimants returned checks to trustee as having no valid account on record; trustee filed Report of Distribution (Doc. 460) and mailed checks |
| 01/15/2021 | Court entered Order Granting Fees & Expenses (TFR) (Doc. 456; Doc. 458) |
| 01/15/2021 | checks mailed |
| 12/14/2020 | trustee filed Notice of Final Report (NFR); pending Order (est. 1/18/21) |
| 10/21/2020 | trustee filed annual TIR (period ending 9/30/20) |
| 09/14/2020 | Court entered Agreed Order Resolving Claims of Equilon Enterprises, LLC dba Shell Oil Products US (POC #55-2) (Doc. 453) |
| 08/14/2020 | Court entered Order Setting Status Conference on Proposed Agreed Order Resolving Claims of Equilon Enterprises, LLC dba Shell Oil Products [set for Telephonic Status Conference on 9/14/20 at 10:00 am] (Doc. 451) |
| 08/06/2020 | Court entered Order Granting Omnibus Objection to Claims: POC #8 Coca Cola Enterprises - duplicative claims (Doc. 442; Doc. 449) |
| 07/07/2020 | Court entered Orders Granting Objections to Claims: POC #37 Hamilton County Treasurer - no liability (Doc. 434; Doc. 443); POC #42-2 Dittman-Adams Co. - no liability (Doc. 435; Doc. 444); and POC #47 United Telephone Company of Ohio - no liability (Doc. 436; Doc. 445) |
| 06/30/2020 | attorney for trustee filed Omnibus Objection to Claims: POC #8 Coca Cola Enterprises - duplicative claims (Doc. 442); pending Order (est. 7/30/20) |
| 06/12/2020 | Court entered Agreed Order Resolving Claims of Office of Kenton County Sheriff [POC #2 - disallowed and expunged] (Doc. 440) |
| 06/01/2020 | attorney for trustee filed Objections to Claims: POC #37 Hamilton County Treasurer - no liability (Doc. 434); POC #42-2 Dittman-Adams Co. - no liability (Doc. 435); and POC #47 United Telephone Company of Ohio - no liability (Doc. 436); pending Orders (est. 7/1/20) |
| 05/04/2020 | Court entered Agreed Order Resolving Claims of Core-Mark Midcontinent, Inc. [POC #18 - allowed as general unsecured non-priority claim at reduced amount $439,184.44] (Doc. 432) |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No.: | 08-10223-JPH | |
| Case Name: | PETRO VENTURES, INC. | |
| For the Period Ending: | 6/11/2021 | |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| §341(a) Meeting Date: | 02/15/2013 |
| Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 03/13/2020 | Court entered Orders Granting Objections to Claims: |
| | POCs #3,60,64 Warren County Treasurer - amended (Doc. 408; Doc. 416); |
| | POCs #12,61 McKee Foods Corporation - duplicative (Doc. 409; Doc. 417); |
| | POC #36 Ernest Keith Fugate - reclassify (Doc. 410; Doc. 418); |
| | POCs #13,40,54 Thomas Harris; Links Snacks; Lykins Oil Company - no liability (Doc. 411; Doc. 419); |
| | POCs #50,51 The Hudson Tea Co., LLC - no liability (Doc. 412; Doc. 420); |
| | POC #53 Federal Insurance Company - no liability (Doc. 413; Doc. 421); |
| | POC #59 City of Cincinnati - no liability (Doc. 414; Doc. 422); and |
| | POC #62,63 Reliable Construction Services - technically deficient (Doc. 415; Doc. 423) |
| 02/19/2020 | trustee received email response from Attorney Sara M. Keith with Shell Oil Company regarding letter advising Equilon Enterprises, LLC dba Shell Oil Products US to amend POC #55-2; Attorney Keith has asked for an extension to amend POCs until 3/18/20 and trustee has agreed to extension of time |
| 02/12/2020 | trustee wrote to various Claimants [Hamilton County Treasurer POC#37; Equilon Enterprises, LLC POC#55-2; Office of Kenton County Sheriff POC#2; Coca Cola Enterprises POC#8; Core-Mark Midcontinent, Inc. POC#18; Reliable Construction Services POC#15; United Telephone Company of Ohio POC#47; and Dittman-Adams Company POC#42-2] requesting that they amend their POCs to only include valid Stores and/or attach sufficient support documents; trustee will file Objections to POCs if no response (Amended POCs filed) within 14 days (est. 2/27/20) |
| 02/06/2020 | attorney for trustee filed Objection to Claims #62,63 Reliable Construction Services - technically deficient (Doc. 415); pending Order (est. 3/9/20) |
| 01/31/2020 | attorney for trustee filed Objections to Claims: |
| | POCs #3,60,64 Warren County Treasurer - amended (Doc. 408); |
| | POCs #12,61 McKee Foods Corporation - duplicative (Doc. 409); |
| | POC #36 Ernest Keith Fugate - reclassify (Doc. 410); |
| | POCs #13,40,54 Thomas Harris; Links Snacks; Lykins Oil Company - no liability (Doc. 411); |
| | POCs #50,51 The Hudson Tea Co., LLC - no liability (Doc. 412); |
| | POC #53 Federal Insurance Company - no liability (Doc. 413); and |
| | POC #59 City of Cincinnati - no liability (Doc. 414); pending Orders (est. 3/2/20) |
| 08/28/2019 | Court entered Orders Granting Omnibus Objections: |
| | POCs 22,23,24(Matthew Gabis, Paul Gabis and Minority Shareholders of CFM 29063, Inc.) (Doc. 398; Doc. 401); |
| | POCs 25,26 (Minority Shareholders of CFM 29604, Inc. and Gary Zies and Susan Zies) (Doc. 399; Doc. 402); and |
| | POCs 31,32,33 (Minority Shareholders of CFM 29022, Inc., Gary Tallon and Ruth Vogt) (Doc. 400; Doc. 403) |
| 07/29/2019 | attorney for trustee filed Omnibus Objections to POCs (duplicative claims): |
| | POCs 22,23,24(Matthew Gabis, Paul Gabis and Minority Shareholders of CFM 29063, Inc.) (Doc. 398); |
| | POCs 25,26 (Minority Shareholders of CFM 29604, Inc. and Gary Zies and Susan Zies) (Doc. 399); and |
| | POCs 31,32,33 (Minority Shareholders of CFM 29022, Inc., Gary Tallon and Ruth Vogt) (Doc. 400); pending Orders (est. 8/28/19) |
| 05/15/2018 | Court issued Agreed Order Resolving Claims of Ohio Department of Taxation [Claimant Ohio Department of Taxation agreed to allow its POCs #5, #17, and #49 as priority tax claims, and POC #19 as a split claim] (Doc. 395) |
| 04/05/2018 | Court issued Agreed Order Resolving Claims of the Hillstreet Fund III, L.P. [Claimant Hillstreet Fund III, L.P. agreed to modify its POC #29 to a general unsecured non-priority claim at a reduced amount] (Doc. 393) |
| 03/06/2018 | Court issued Agreed Order Resolving Claims of Wells Fargo Bank, N.A. [Claimant Wells Fargo Bank, N.A. agreed to withdraw its POC #30 and POC #34] (Doc. 390) |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 08-10223-JPH | |
| **Case Name:** | PETRO VENTURES, INC. | |
| **For the Period Ending:** | 6/11/2021 | |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Date Filed (f) or Converted (c):** | 12/28/2012 (c) |
| **§341(a) Meeting Date:** | 02/15/2013 |
| **Claims Bar Date:** | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

01/08/2013    accociated cases:

08-10224 Mayank Jigar Corporation

08-10225 AFM 29130, Inc.

08-10227 AFM 29134, Inc.

08-10228 AFM 29135, Inc.

08-10230 AFM 801, Inc.

08-10231 CFM #29063, Inc.

08-10232 AFM 29128, Inc.

08-10233 AFM 29131, Inc.

08-10234 AFM 504, Inc.

08-10235 BoPec Enterprises, Inc.

08-10236 OVA Real Estate, Inc.

08-10237 CFM #29032, Inc.

-these cases are jointly administered under Petro Acquisitions, Inc., et al., Case #07-15723

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ RICHARD D. NELSON |
| **Current Projected Date Of Final Report (TFR):** | 11/13/2020 | RICHARD D. NELSON |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1      Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 08-10223-JPH | |
| **Case Name:** | PETRO VENTURES, INC. | |
| **Primary Taxpayer ID #:** | **-***7631 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/18/2008 | |
| **For Period Ending:** | 6/11/2021 | |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0223 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2013 | (1) | Petro Ventures, Inc. 08-10223 | Funds from Converted Chapter 11 Case | 1290-010 | $67,752.79 | | $67,752.79 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.93 | $67,692.86 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $105.66 | $67,587.20 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $109.01 | $67,478.19 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $105.33 | $67,372.86 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.66 | $67,264.20 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.49 | $67,155.71 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.83 | $67,050.88 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.14 | $66,942.74 |
| 11/25/2013 | 3001 | Insurance Partners Agency, Inc. | Chapter 7 Bond Premium 11/1/13-11/1/14 | 2300-000 | | $52.14 | $66,890.60 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.49 | $66,786.11 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.73 | $66,678.38 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.54 | $66,570.84 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $96.98 | $66,473.86 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.21 | $66,366.65 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.60 | $66,263.05 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.87 | $66,156.18 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.27 | $66,052.91 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.53 | $65,946.38 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.36 | $65,840.02 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.77 | $65,737.25 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.02 | $65,631.23 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.45 | $65,528.78 |
| 12/22/2014 | 3002 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bond Premium 11/1/14-11/1/15 | 2300-000 | | $740.11 | $64,788.67 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $105.69 | $64,682.98 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.60 | $64,578.38 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $94.08 | $64,484.30 |

**SUBTOTALS**      $67,752.79      $3,268.49

# FORM 2

**Page No:** 2          Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 08-10223-JPH |
| **Case Name:** | PETRO VENTURES, INC. |
| **Primary Taxpayer ID #:** | **-***7631 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/18/2008 |
| **For Period Ending:** | 6/11/2021 |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0223 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.01 | $64,380.29 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.49 | $64,279.80 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.68 | $64,176.12 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.18 | $64,075.94 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.02 | $63,975.92 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.51 | $63,869.41 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.70 | $63,769.71 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.86 | $63,666.85 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.38 | $63,567.47 |
| 12/18/2015 | 3003 | Insurance Partners Agency, Inc. | Chapter 7 Bond Payment (11/1/15-11/1/16) (Policy #82153881; Invoice #222127) | 2300-000 | | $740.11 | $62,827.36 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.15 | $62,725.21 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $101.17 | $62,624.04 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $94.49 | $62,529.55 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.86 | $62,428.69 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.45 | $62,331.24 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.54 | $62,230.70 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.14 | $62,133.56 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.22 | $62,033.34 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.06 | $61,933.28 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $96.67 | $61,836.61 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.74 | $61,736.87 |
| 11/14/2016 | 3004 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal (11/1/16-11/1/17) (Policy Bond #3517688; Invoice #354182) | 2300-000 | | $262.78 | $61,474.09 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $96.17 | $61,377.92 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.00 | $61,278.92 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.84 | $61,180.08 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $89.13 | $61,090.95 |
| | | | **SUBTOTALS** | | $0.00 | $3,393.35 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                    Exhibit 9

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.54 | $60,992.41 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $95.20 | $60,897.21 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.47 | $60,806.74 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $87.42 | $60,719.32 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.20 | $60,629.12 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.07 | $60,539.05 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $87.03 | $60,452.02 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $89.80 | $60,362.22 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $86.78 | $60,275.44 |
| 12/01/2017 | 3005 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal 11/1/17-11/1/18 | 2300-000 | | $353.56 | $59,921.88 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $89.19 | $59,832.69 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.88 | $59,743.81 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.16 | $59,663.65 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.63 | $59,575.02 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.65 | $59,489.37 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.37 | $59,401.00 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.39 | $59,315.61 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.11 | $59,227.50 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $14.19 | $59,213.31 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($14.19) | $59,227.50 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,036.48 | $58,191.02 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,036.48) | $59,227.50 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $88.03 | $59,139.47 |
| 12/12/2018 | 3006 | Insurance Partners | Chapter 7 Blanket Bond Renewal (11/1/18-11/1/19) (Policy Bond #3517688; Invoice #667034) | 2300-000 | | $382.77 | $58,756.70 |
| 11/11/2019 | 3007 | Insurance Partners | Chapter 7 Blanket Bond Renewal #3517688 (11/1/19-11/1/20) | 2300-000 | | $262.72 | $58,493.98 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,232.02 | $57,261.96 |
| | | | **SUBTOTALS** | | $0.00 | $3,828.99 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4          Exhibit 9

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,230.22 | $56,031.74 |
| 10/06/2020 | | Transfer From: #******0223 | transfer made to consolidate funds for distribution | 9999-000 | $786,341.47 | | $842,373.21 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,228.43 | $841,144.78 |
| 01/15/2021 | 3008 | Richard D. Nelson | 41843-1 Trustee Compensation | 2100-000 | | $49,362.78 | $791,782.00 |
| 01/15/2021 | 3009 | Richard D. Nelson | 41843-1 Trustee Expenses (Invoice #436669) | 2200-000 | | $501.60 | $791,280.40 |
| 01/15/2021 | 3010 | Kentucky Department of Revenue | Account Number: 7631 [Petro Ventures Inc; and CFM 29063]; Claim #: 1; Amount Claimed: 433,641.27; Amount Allowed: 433,641.27; | 5800-000 | | $120,171.31 | $671,109.09 |
| 01/15/2021 | 3011 | Warren County Treasurer | Account Number: 31-1738717 [2007 Taxes AFM 29130]; Claim #: 4; Amount Claimed: 1,182.90; Amount Allowed: 1,182.90; | 5800-000 | | $327.81 | $670,781.28 |
| 01/15/2021 | 3012 | Attorney General of the State of Ohio | Account Number: 0028,0027,0172; Claim #: 5; Amount Claimed: 2,152,882.30; Amount Allowed: 2,152,882.30; | 5800-000 | | $596,609.92 | $74,171.36 |
| 01/15/2021 | 3013 | Attorney General of the State of Ohio | Account Number: 766,0211; Claim #: 17; Amount Claimed: 6,856.50; Amount Allowed: 6,856.50; | 5800-000 | | $1,900.08 | $72,271.28 |
| 01/15/2021 | 3014 | Attorney General of the State of Ohio | Account Number: multiple assessments; Claim #: 19; Amount Claimed: 217,416.29; Amount Allowed: 217,416.29; | 5800-000 | | $60,250.72 | $12,020.56 |
| 01/15/2021 | 3015 | HAMILTON COUNTY TREASURER | Account Number: 10103835,10116797,10095929,10103833,10105464; Claim #: 37; Amount Claimed: 8,970.25; Amount Allowed: 840.39; | 5800-000 | | $232.89 | $11,787.67 |
| 01/15/2021 | 3016 | Regional Income Tax Agency | Account Number: 31-1710170 [Store: 801]; Claim #: 39; Amount Claimed: 395.87; Amount Allowed: 395.87; | 5800-000 | | $109.70 | $11,677.97 |
| 01/15/2021 | 3017 | Attorney General of the State of Ohio | Account Number: 8548;1890; Claim #: 49; Amount Claimed: 35,649.99; Amount Allowed: 35,782.99; | 5800-000 | | $9,916.23 | $1,761.74 |
| 01/15/2021 | 3018 | CHRIS PEEPLES | Account Number: [Store 29134]; Claim #: 56; Amount Claimed: 3,724.11; Amount Allowed: 3,724.11; | 5800-000 | | $1,032.03 | $729.71 |

|  | SUBTOTALS | $786,341.47 | $842,873.72 |
|---|---|---|---|

**FORM 2**

Page No: 5          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2021 | 3019 | Montgomery County Treasurer | Account Number: 3548-001 (2008 Taxes Petro Ventures, Inc.); Claim #: 57; Amount Claimed: 59.87; Amount Allowed: 59.87; | 5800-000 | | $16.59 | $713.12 |
| 01/15/2021 | 3020 | Montgomery County Treasurer | Account Number: 3548-001 (2007 Taxes Petro Ventures, Inc.); Claim #: 58; Amount Claimed: 523.77; Amount Allowed: 523.77; | 5800-000 | | $145.15 | $567.97 |
| 01/15/2021 | 3021 | Warren County Treasurer | Account Number: 31-1617631; Claim #: 64; Amount Claimed: 475.55; Amount Allowed: 475.55; | 5800-000 | | $131.79 | $436.18 |
| 01/15/2021 | 3022 | The City of Crescent Springs, Kentucky | Account Number: Store 29063; Claim #: 66; Amount Claimed: 191.84; Amount Allowed: 191.84; | 5800-000 | | $53.16 | $383.02 |
| 01/15/2021 | 3023 | Stephen A. Neal, Jr. | Account Number: Store 29135; Claim #: 67; Amount Claimed: 1,382.12; Amount Allowed: 1,382.12; | 5800-000 | | $383.02 | $0.00 |
| 01/28/2021 | 3015 | VOID: HAMILTON COUNTY TREASURER | Void of Check# 3015 (personal property taxes were discontinued and no longer collectable) | 5800-003 | | ($232.89) | $232.89 |
| 02/03/2021 | 3011 | VOID: Warren County Treasurer | Void of Check# 3011 (personal property taxes were discontinued and no longer collectable) | 5800-003 | | ($327.81) | $560.70 |
| 02/03/2021 | 3021 | VOID: Warren County Treasurer | Void of Check# 3021 (personal property taxes were discontinued and no longer collectable) | 5800-003 | | ($131.79) | $692.49 |
| 04/02/2021 | 3018 | CHRIS PEEPLES | Void of Check# 3018 (check was returned from creditor/claimant as no account for debtor) | 5800-003 | | ($1,032.03) | $1,724.52 |
| 04/02/2021 | 3023 | Stephen A. Neal, Jr. | Void of Check# 3023 (Check #3023 was voided by error and this check generated by error) | 5800-003 | | ($383.02) | $2,107.54 |
| 04/02/2021 | 3024 | U.S. Bankruptcy Court | CHECK NOT PRINTED (Check #3023 was voided by error and this check generated by error) | * | | $1,415.05 | $692.49 |
| | | | Claim Amount                    $(1,032.03) | 5800-003 | | | $692.49 |
| | | | Claim Amount                    $(383.02) | 5800-003 | | | $692.49 |
| 04/02/2021 | 3024 | VOID: U.S. Bankruptcy Court | Void of Check# 3024 (Check #3023 was voided by error and this check generated by error) | * | | ($1,415.05) | $2,107.54 |
| | | | Claim Amount                    $1,032.03 | 5800-003 | | | $2,107.54 |
| | | | Claim Amount                    $383.02 | 5800-003 | | | $2,107.54 |

|  | SUBTOTALS | $0.00 | ($1,377.83) |
|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6       Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 08-10223-JPH | |
| **Case Name:** | PETRO VENTURES, INC. | |
| **Primary Taxpayer ID #:** | **-***7631 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/18/2008 | |
| **For Period Ending:** | 6/11/2021 | |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0223 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2021 | 3025 | Kentucky Department of Revenue | Account Number: 7631 [Petro Ventures Inc; and CFM 29063]; Claim #: 1-5; Amount Claimed: 433,641.27; Amount Allowed: 433,641.27; | 5800-000 | | $262.48 | $1,845.06 |
| 04/05/2021 | 3026 | Attorney General of the State of Ohio | Account Number: 0028,0027,0172; Claim #: 5; Amount Claimed: 2,152,882.30; Amount Allowed: 2,152,882.30; | 5800-000 | | $1,303.09 | $541.97 |
| 04/05/2021 | 3027 | Attorney General of the State of Ohio | Account Number: 766,0211; Claim #: 17; Amount Claimed: 6,856.50; Amount Allowed: 6,856.50; | 5800-000 | | $4.15 | $537.82 |
| 04/05/2021 | 3028 | Attorney General of the State of Ohio | Account Number: multiple assessments; Claim #: 19-2; Amount Claimed: 217,416.29; Amount Allowed: 217,416.29; | 5800-000 | | $131.60 | $406.22 |
| 04/05/2021 | 3029 | Regional Income Tax Agency | Account Number: 31-1710170 [Store: 801]; Claim #: 39; Amount Claimed: 395.87; Amount Allowed: 395.87; | 5800-000 | | $0.24 | $405.98 |
| 04/05/2021 | 3030 | Attorney General of the State of Ohio | Account Number: 8548;1890; Claim #: 49; Amount Claimed: 35,649.99; Amount Allowed: 35,782.99; | 5800-000 | | $21.66 | $384.32 |
| 04/05/2021 | 3031 | Montgomery County Treasurer | Account Number: 3548-001 (2008 Taxes Petro Ventures, Inc.); Claim #: 57; Amount Claimed: 59.87; Amount Allowed: 59.87; | 5800-000 | | $0.04 | $384.28 |
| 04/05/2021 | 3032 | Montgomery County Treasurer | Account Number: 3548-001 (2007 Taxes Petro Ventures, Inc.); Claim #: 58; Amount Claimed: 523.77; Amount Allowed: 523.77; | 5800-000 | | $0.31 | $383.97 |
| 04/05/2021 | 3033 | The City of Crescent Springs, Kentucky | Account Number: Store 29063; Claim #: 66; Amount Claimed: 191.84; Amount Allowed: 191.84; | 5800-000 | | $0.12 | $383.85 |
| 04/05/2021 | 3034 | Stephen A. Neal, Jr. | Account Number: Store 29135; Claim #: 67; Amount Claimed: 1,382.12; Amount Allowed: 1,382.12; | 5800-000 | | $383.85 | $0.00 |

| | | | |
|---|---|---|---|
| | **SUBTOTALS** | $0.00 | $2,107.54 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7          Exhibit 9

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $854,094.26 | $854,094.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $786,341.47 | $0.00 | |
| | | | **Subtotal** | | $67,752.79 | $854,094.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $67,752.79 | $854,094.26 | |

**For the period of  1/18/2008 to  6/11/2021**

| | |
|---|---|
| Total Compensable Receipts: | $67,752.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,752.79 |
| Total Internal/Transfer Receipts: | $786,341.47 |
| Total Compensable Disbursements: | $854,094.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $854,094.26 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/12/2013 to  6/11/2021**

| | |
|---|---|
| Total Compensable Receipts: | $67,752.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,752.79 |
| Total Internal/Transfer Receipts: | $786,341.47 |
| Total Compensable Disbursements: | $854,094.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $854,094.26 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8                    Exhibit 9

| | |
|---|---|
| **Case No.** | 08-10223-JPH |
| **Case Name:** | PETRO VENTURES, INC. |
| **Primary Taxpayer ID #:** | **-***7631 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/18/2008 |
| **For Period Ending:** | 6/11/2021 |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0223 |
| **Account Title:** | Huntington Bank Funds |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2014 | (2) | The Huntington National Bank | The Huntington National Bank - undisclosed bank account | 1229-000 | $854,502.86 | | $854,502.86 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $933.65 | $853,569.21 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,332.34 | $852,236.87 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,374.60 | $850,862.27 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,328.12 | $849,534.15 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,370.25 | $848,163.90 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,368.03 | $846,795.87 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,321.77 | $845,474.10 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,363.70 | $844,110.40 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,317.57 | $842,792.83 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,359.37 | $841,433.46 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,357.17 | $840,076.29 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,223.86 | $838,852.43 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,353.01 | $837,499.42 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,307.26 | $836,192.16 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,348.73 | $834,843.43 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,303.11 | $833,540.32 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,301.08 | $832,239.24 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,385.65 | $830,853.59 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,296.88 | $829,556.71 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,338.02 | $828,218.69 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,292.77 | $826,925.92 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,333.77 | $825,592.15 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,331.62 | $824,260.53 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,243.71 | $823,016.82 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,327.47 | $821,689.35 |

**SUBTOTALS**     $854,502.86     $32,813.51

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9          Exhibit 9

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Huntington Bank Funds |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,282.58 | $820,406.77 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,323.26 | $819,083.51 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,278.51 | $817,805.00 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,319.07 | $816,485.93 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,316.94 | $815,168.99 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,272.40 | $813,896.59 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,312.76 | $812,583.83 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,268.36 | $811,315.47 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,308.59 | $810,006.88 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,306.49 | $808,700.39 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,178.15 | $807,522.24 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,302.48 | $806,219.76 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,258.43 | $804,961.33 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,195.80 | $803,765.53 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,155.51 | $802,610.02 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,192.31 | $801,417.71 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,190.53 | $800,227.18 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,150.42 | $799,076.76 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,187.05 | $797,889.71 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,147.05 | $796,742.66 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,183.59 | $795,559.07 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,181.84 | $794,377.23 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,065.88 | $793,311.35 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,178.49 | $792,132.86 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,138.78 | $790,994.08 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,175.05 | $789,819.03 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,135.46 | $788,683.57 |

**SUBTOTALS**          $0.00          $33,005.78

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10          Exhibit 9

| | | |
|---|---|---|
| Case No. | 08-10223-JPH | |
| Case Name: | PETRO VENTURES, INC. | |
| Primary Taxpayer ID #: | **-***7631 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/18/2008 | |
| For Period Ending: | 6/11/2021 | |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Huntington Bank Funds |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,171.62 | $787,511.95 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $188.69 | $787,323.26 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($188.69) | $787,511.95 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $13,781.45 | $773,730.50 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($13,781.45) | $787,511.95 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,170.48 | $786,341.47 |
| 10/06/2020 | | Transfer To: #******0223 | transfer made to consolidate funds for distribution | 9999-000 | | $786,341.47 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $854,502.86 | $854,502.86 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $786,341.47 | |
| **Subtotal** | $854,502.86 | $68,161.39 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $854,502.86 | $68,161.39 | |

| For the period of  1/18/2008 to 6/11/2021 | | For the entire history of the account between 02/28/2014 to 6/11/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $854,502.86 | Total Compensable Receipts: | $854,502.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $854,502.86 | Total Comp/Non Comp Receipts: | $854,502.86 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $68,161.39 | Total Compensable Disbursements: | $68,161.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $68,161.39 | Total Comp/Non Comp  Disbursements: | $68,161.39 |
| Total Internal/Transfer  Disbursements: | $786,341.47 | Total Internal/Transfer  Disbursements: | $786,341.47 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11                Exhibit 9

| | |
|---|---|
| Case No. | 08-10223-JPH |
| Case Name: | PETRO VENTURES, INC. |
| Primary Taxpayer ID #: | **-***7631 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/18/2008 |
| For Period Ending: | 6/11/2021 |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0223 |
| Account Title: | Huntington Bank Funds |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $922,255.65 | $922,255.65 | $0.00 |

| For the period of 1/18/2008 to 6/11/2021 | | For the entire history of the case between 12/28/2012 to 6/11/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $922,255.65 | Total Compensable Receipts: | $922,255.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $922,255.65 | Total Comp/Non Comp Receipts: | $922,255.65 |
| Total Internal/Transfer Receipts: | $786,341.47 | Total Internal/Transfer Receipts: | $786,341.47 |
| | | | |
| Total Compensable Disbursements: | $922,255.65 | Total Compensable Disbursements: | $922,255.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $922,255.65 | Total Comp/Non Comp Disbursements: | $922,255.65 |
| Total Internal/Transfer Disbursements: | $786,341.47 | Total Internal/Transfer Disbursements: | $786,341.47 |

/s/ RICHARD D. NELSON

RICHARD D. NELSON